## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

No. _____

(Leave this space blank)

JON'TA TOMORREEA HAMPTON-BEY,

DAVID TYRON DUNCAN-BEY

(Enter full name of each plaintiff(s)

v.                                   Inmate Number 0595300 — 0113708

P.E. PARSONS, J.C. HUGGINS, JUDY H.

SILLS, BETTY BROWN AND THEODIS

BECK ET, AL.

(Enter full name of each defendant(s)

**************************************************************************

### L.   HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION?  Yes ( )   No ( ✓ )

If your answer is Yes, describe the former lawsuit in the space provided below:

_____

_____

_____

### II.  DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE?  Yes ( ✓ )   No ( )

If your answer is Yes, what steps did you take?  EACH STEP OF THE ADMINISTRATIVE

Case 5:09-ct-03016-FL   Document 1   Filed 01/29/09   Page 1 of 36

REMEDY PROCEDURES WERE COMPLETED

What was the result? (Attach copies of grievances or other supporting documentation.)

NULL AND VOID PURSUANT TO N.C. DOC AND DOP POLICY AND

PROCEDURES. (EXHIBIT A."STEPS 1-3 OF GRIEVANCES"),

(EXHIBIT B. "LETTER TO AND FROM ADMINISTRATIONS"),(EXHIBIT C. "LETTER
FROM BETTY BROWN"), AND EXHIBIT D. "LETTER TO AND FROM COMBINED RECORDS").

**VERIFIED STATEMENT**

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement. (Choose the box that applies to your action.)

_____ There are no grievance procedures at the correctional facility at which I am being confined.

_____ This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

✓ I have exhausted my administrative remedies relating to this complaint and have attached copies of my grievances demonstrating completions.

III. **PARTIES — In Item A below, place your name in the first blank and your present address in the second blank. Do the same for all additional plaintiffs.** *NOTE: ALL plaintiffs listed in the caption on the first page should be listed in this section.*

A. Name of plaintiff ____JON'TA TOMORREEA HAMPTON-BEY____

Name and address of present confinement facility NC DOC - DIVISION OF PRISONS

MORRISON CORRECTIONAL INSTITUTION P.O.BOX 169 HOFFMAN, N.C. 28347

Name of plaintiff DAVID TYRON DUNCAN-BEY

Name and address of present confinement facility NC DOC - DIVISION of PRISONS

MORRISON CORRECTIONAL INSTITUTION P.O. Box 169 Hoffman, NC 28347

In Item B below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C through F for any additional defendants. *NOTE: ALL defendants listed in the caption on the first page should be listed in this section.*

B. Defendant P.G. PARSONS

Position ASSISTANT SUPERINTENDENT OF PROGRAMS II

Employed at NC DOC - DIVISION OF PRISONS (M.C.I. P.O. Box 169 3930)

Address P.O. BOX 169 HOFFMAN, N.C. 28347

Capacity in which defendant is being sued: Individual ( ) Official ( ) Both (✓)

C. Defendant J.C. HUGGINS

Position ADMINISTRATOR

Employed at N.C. DOC - DIVISION OF PRISONS (M.C.I 3930)

Address P.O. BOX 169 HOFFMAN, N.C. 28347

Capacity in which defendant is being sued: Individual ( ) Official ( ) Both (✓)

D. Defendant JUDY H. SILLS

Position MANAGER

Employed at NC DOC - DIVISION OF PRISONS (COMBINED RECORDS)

Address 2020 YONKERS ROAD · 4226 MSC · RALEIGH, N.C. 27699-4226

Capacity in which defendant is being sued: Individual ( ) Official ( ) Both (✓)

E. Defendant BETTY BROWN

Position DIVISION CHAPLAIN

Employed at NC DOC - DIVISION OF PRISONS (CHAPLAINCY SERVICES)

Address 831 WEST MORGAN STREET · 4260 MSC · RALEIGH, N.C. 27699-4260

Capacity in which defendant is being sued: Individual ( ) Official ( ) Both (✓)

F.  Defendant THEODIS BECK ET AL.

Position SECRETARY ET AL

Employed at NC DOC - DIVISION OF PRISONS

Address 831 WEST MORGAN STREET RALEIGH, N.C. 27603-1659

Capacity in which defendant is being sued: Individual ( )    Official ( )    Both (✓)

IV.  **STATEMENT OF CLAIM — State here as briefly as possible the *FACTS* of your case.
Describe how each defendant is involved. Include also the names of other persons
involved, dates, and places. *DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL
ARGUMENTS OR CITE ANY STATUTES.* If you wish to allege a number of related
claims, number and set forth each claim in a separate paragraph. Use as much space as
needed. Attach extra sheets if necessary.**

THIS IS A RELIGIOUS/NATIONAL DISCRIMINATION COMPLAINT

AGAINST THE NC DOC - DIVISION OF PRISONS ET AL FOR COMMITING

ACTS OF: TREASON, USURPATION, TYRANNY, GENOCIDE AND DENAT-

IONALIZATION


ON SEPTEMBER 19, 2008, A GROUP OF MOORISH AMERICANS AS MEMBERS OF THE MOORISH SCIENCE TEMPLE OF

AMERICA AND CARD CARRYING CITIZENS UNDER THE NATIONAL ID CARD ACT H.R. 418 FOR THE MOORISH

AMERICAN NATIONAL GOVERNMENT PETITIONED A GRIEVANCE TO THE DEPARTMENT OF CORRECTION ET

AL FOR THE PURPOSE OF UNDERSTANDING THE IMPORTANCE OF STATUS AND JURISDICTION, LEGAL USE OF

FREE NATIONAL NAME BY ADDING THE SUFFIX BEY OR EL TO THE END OF THEIR NAMES AS THIS IS

ALSO ONE OF THE RELIGIOUS TENETS OF THE MOORISH SCIENCE TEMPLE AND IS A RIGHT, LAWFULLY,

UNDER THE NATIONAL ID CARD ACT H.R. 418 WHICH DECLARES: SAID CARD MUST BE DISPLAYED WHERE PROPER

STATUS IS REQUIRED. UNDER THE PRESCRIBED NATIONAL ID CARD ACT H.R. 418: ALL DENATIONALIZED PERSONS

UNDER THE SO-CALLED STATUS OF AFRICAN AMERICAN LABELED AS NEGRO, BLACK, AND COLORED, ETC. ARE

MOORISH AMERICAN NATIONALS/CITIZENS OF THE MOORISH AMERICAN NATIONAL GOVERNMENT AND PROTECTED BY THE UNIVERSAL DECLARATION OF HUMAN RIGHTS PURSUANT TO THE UNITED NATIONS DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLES, CONSTITUTIONAL RIGHTS AND TREATY RIGHTS ETC., WHEREBY SAID CARD IS TO BE DISPLAYED WHERE PROPER STATUS IS REQUIRED. (SEE: EXHIBIT A)

ON OCTOBER 9, 2008 THE NC DOC-DOP "ADMINISTRATIVE REMEDY PROCEDURE" STEP ONE UNIT RESPONSE RESPONDED WITH A VAGRANT POLICY AND PROCEDURE AS TO SUPERSEDE THE RELIGIOUS TENET/NATIONAL ID CARD ACT H.R. 418·IN REFERENCE TO TRIBAL GOVERNMENTS AND FURTHER INDICATED THAT: "COMBINED RECORDS MAINTAINS AND AN INMATES RECORDS BASED ON THE NAME OF THE INMATE WHEN THE INMATE WAS FIRST COMMITTED TO THE CUSTODY OF THE DOC. (SEE: EXHIBIT A-2.)

ON OCTOBER 29, 2008 THE NC DOC-DOP "ADMINISTRATIVE REMEDY PROCEDURE" STEP TWO-AREA/COMPLEX/INSTITUTION RESPONSE RESPONDED TO THE APPEAL INDICATING THAT EACH "MOORISH PRISONER" GET A LEGAL NAME CHANGE. (SEE: EXHIBIT A-2) AND (EXHIBIT B1-2.)

ON NOVEMBER 3, 2008 THE NC DOC-DOP "ADMINISTRATIVE REMEDY PROCEDURE" STEP THREE- INMATE GRIEVANCE RESOLUTION BOARD RESPONSE RESPONDED TO THE APPEAL IN ACCORDANCE WITH STEP ONE AND STEP TWO RESPONSE(S) AND FURTHER INDICATED THAT: ALL LEGAL NAME CHANGES CARRIED OUT BY POLICY AND OFFICIALLY ENTERED INTO RECORD WILL BE HONORED BY THIS FACILITY AND ALL OTHER DIVISION FACILLITIES. (SEE: EXHIBIT A-3.)

## 5.

ON NOVEMBER 18, 2008 THE NC DOC-DOP "CHAPLAINCY SERVICES" RESPONDED TO A LETTER WRITEN BY DAVID T. DUNCAN-BEY IN REFERENCE TO THE RELIGIOUS TENET OF THE MOORISH SCIENCE TEMPLE OF AMERICA INDICATING THE RIGHT TO HAVE BEY OR EL ADDED AS A SUFFIX TO THE END OF OUR NAME, WHICH WAS TREATED AS NULL AND VOID IN SAID RESPONSE. (SEE: EXHIBIT C.)

ON JAN. 6, 2009 I, JON'TA T. HAMPTON-BEY SUBMITTED A LETTER TO NC DOC-DOP "COMBINED RECORDS" AFTER PURSUING A LEGAL NAME CHANGE AS REQUIRED, WHICH I HAD ALSO SUBMITTED A CERTIFIED COPY OF THE CHANGE. (SEE: EXHIBIT D.)

ON JAN. 8, 2009 THE NC DOC-DOP "COMBINED RECORDS" RESPONDED TO MY LETTER DATED JAN. 6, 2009 DENYING ME THE LEGAL USE OF MY FREE NATIONAL NAME WHEN AND AFTER I HAVE FOLLOWED THE NC DOC DOP PROVIDED REMEDY. (SEE: EXHIBIT D-2.)

THE N.C. DOC ET AL'S ACTIONS ARE IN ERROR AND CLEARLY SHOW THAT THEY WERE INTENTIONAL AND DELIBERATELY AGAINST THE RELIGIOUS TENET/NATIONAL ID CARD ACT H.R.418 BY BREAKING THE 1ST AND 14TH ARTICLES OF AMENDMENT UNDER THE EQUAL PROTECTION CLAUSE, AND ARTICLE 1 SEC.8, ARTICLE 1 SEC.9 CLAUSE 3, ARTICLE 1 SEC.10, ARTICLE 6, AND THE 4TH, 8TH, AND 13TH ARTICLES OF AMENDMENT TO THE U.S. CONSTITUTION FOR OVERLOOKING THE CONGRESSIONAL BILL (H.R.418) PASSED BY THE HOUSE OF REPRESENTATIVES. WHEREBY THE DEFENDANTS DISCRIMINATED AGAINST THE PLAINTIFF'S RELIGIOUS TENETS AND NATIONAL AUTONOMY BY NOT ALLOWING PLAINTIFF'S TO USE HIS FREE NATIONAL NAME BY ADDING BEY OR EL TO THE END OF HIS NAME LEGALLY; AS SHOWN ON THE PRESCRIBED GRIEVANCE FORM. SEE: EXHIBIT A 2 SECTION 21, IN REFERENCE TO EXHIBIT A1 SECTION 1, ENTITLED INMATE NAME

The Nationality of any people is the first issue "AT LAW" which establishes the identity (pedigree/parentage), birthright issues and any issue at sovereign law in the national and international civic arenas. In addressing the United Nations in convention of 1979 with international rights of a child, the international community of nations addressed directly, with Principle 3, the issue of name and nationality.

From the nationality of any people comes birthrights, sovereignty and status. Birthrights are divine/unalienable rights that exist at birth. Sovereignty is the supreme authority of any people to govern their own affairs. Nationality is the identification of the pedigree of any people. It lawfully ties any people to a piece of land and establishes in nature (the divine order) the rights to the resources of the land. Nationality lawfully determines the status of any people. Status is the first issue "AT LAW" that must be addressed or considered nationally or internationally.

The importance of free national name and the mistreatment which arises from denial of use of free national name

The "AT LAW" metamorphosis of Moorish Nationals made into American Negroes, Blacks, Coloreds, Afro-Americans and African-Americans (slaves/chattel/property) is very analogous to how sardines are made. There are many species of small fish indigenous to the great seas of the earth and the great God (by whatever name known as) did in fact create them all. Yet, there is not one fish in any of the seas named "sardine". Like the Negro, the Black, the colored, the Afro-American, or the African-American or the Moorish Nationals being denied the legal right to use their free national names (Bey, El) which distinguishes them from the constitutional protection of the nation such as international laws, inalienable rights, human rights, treaty rights, etc.; these especial fish are not labeled "sardines" until captured, processed and packaged.

THE WORD "SARDINE" ACTUALLY REFERS TO MANY GROUPS OF SMALL FISHES. PILCHARDS, SPRATS AND HERRINGS (MOSTLY YOUNG HERRINGS) ARE THE PRIMARY FISHES WHICH MAKE THE ARRAY OF FOOD FISH CALLED "SARDINES", PACKED WITHOUT HEADS OR TAILS. NATURALLY, BEING WITHOUT HEAD AND TAIL, WHO CAN TRACE THE PAST STATUS OR FUTURE OF THE FISH? WITHOUT THESE IDENTIFICATIONS, "SARDINE" IS WHAT THEY ARE CALLED NOW! THERE ARE A VARIETY OF PACKAGING OPERANDI TO THE FINALE WHICH PEOPLE CALL "SARDINES". THEY ARE OFTEN SMOKED, PACKED IN OIL, WATER, MUSTARD OR HOT SAUCE, ETC. EITHER WAY, THE RESULT IS THE TRUE IDENTITY OF THE FISH IS LEGALLY CONCEALED FROM THE PUBLIC UNDER THE MARKETING LABEL "SARDINES".

SO HOW DOES THE NEGRO, THE BLACK, THE COLORED, THE AFRO-AMERICAN, THE AFRICAN-AMERICAN OR THE MOORISH NATIONALS WHO'S DENIED TO LAWFULLY USE THEIR FREE NATIONAL NAME AS A RELIGIOUS TENET FIT INTO ALL THIS?

AS THE GREAT GOD (BY WHATEVER NAME KNOWN AS) DID NOT CREATE 'SARDINES' NOR PLACED THEM IN THE SEA, LIKE SO, THE CREATOR DID NOT CREATE 'NEGROES', 'BLACK FOLKS', 'COLORED PEOPLE', 'AFRO-AMERICANS' OR 'AFRICAN-AMERICANS' NOR PLACE THEM ON EARTH. THE MANY MOORISH NATIONALS IN TODAY'S WESTERN HEMISPHERE ARE A CAUCUS OF NATIONS, TRIBES (BEY'S, EL'S) AND COUNTRIES OF THE ANCIENT MOORISH EMPIRE OF THE NORTHWESTERN AND SOUTHWESTERN SHORES OF AFRICA; DIRECT DESCENDANTS OF OLD MAN HAM. ALL MEMBERS OF THE HUMAN FAMILY ARE INDIGENOUS TO THE EARTH BY DIVINE ORIGIN. THESE MOORISH NATIONALS DID NOT CLAIM NEGRO, BLACK, COLORED, AFRICAN AMERICAN UNTIL THE ADVENT OF SLAVERY IN THE AMERICAS AND ASSOCIATED "SLAVE BREAKING ISLANDS" IN THE ATLANTIC. AS A PARADIGM, 'SARDINES' AND 'NEGROES' ARE EVIL BRAND NAMES AND LABELS PLACED UPON DEITIES CAPTURED IN GARBS OF FLESH WHICH WOULD OTHERWISE BE AUTONOMOUS IN THEIR TRUE STATUS AND NATURAL STATUS; SO THEY BECOME SUBJECT TO ALL INFERIORISM AND ABUSES AND MISTREATMENTS THAT THE CITIZENS CARE TO BESTOW UPON THEM. NEGROES ARE NEVER IMPORTED. THE EVIL BRAND NAMES AND LABELS WHICH DERIVE FROM NEGRO, AS 'BLACK', 'COLORED', 'AFRO-AMERICAN', 'AFRICAN-AMERICAN' ARE ALL MISNOMERS, AND THE SAME APPLIES TO MOORISH AMERICANS WHO AGREE (BY ENTITLEMENT) ADDED TO THEIR OWN FREE NATIONAL NAME(S) AS A

SUFFIX, IDENTIFYING A PROGRAMMED AND PROCESSED PEOPLE (SMOKED, PACKED IN OIL, WATER, MUSTARD, OR HOT SAUCE, ETC.).

THERE IS VERY LITTLE DISTINCTION BETWEEN THE NEGRO AND THE SARDINE. THIS IS BECAUSE UNLIKE COUNTLESS SARDINES, WHICH ARE DECAPITATED AND CANNED, IT IS THE HEAD (MIND) OF THE MOORISH NATIONAL WITHOUT HIS FREE NATIONAL NAME THAT HAS BEEN BOUND, PROCESSED AND CANNED. AS THE TAIL OF THE SARDINE IS REMOVED, SO IS THE TRUE HISTORY OF THE MOORISH NATIONALS. NOW, NEITHER THE FISH NOR THE MAN CAN BE PROPERLY IDENTIFIED WITHOUT HEAD OR TAIL.

THE CANNING AND MISNAMING OF HERRINGS, PILCHARDS, SPRATS, ETC. AND THE CERTIFIED MISIDENTIFICATION AND DENATIONALIZATION OF THE MOORISH NATIONALS ARE TOO SIMILAR TO IGNORE. IF THE MOORISH NATIONALS ARE WITHOUT THEIR FREE OR TRUE IDENTIFICATION (BEY, EL) AND ALSO HAS "NEGRO", "BLACK", "COLORED", "AFRO-AMERICAN" OR "AFRICAN-AMERICAN" SANCTIONED BY THE STATE'S SEAL... THE CHANCES ARE VERY POSITIVE THAT SOMEONE OR SOME SYSTEM HAD PROCESSED THEM TO BE AN UNDESIRABLE, OR A SLAVE. IN THE WORLD OF DUALITY, THERE IS NO TRUE DISTINCTION BETWEEN A FREE NEGRO AND A NEGRO SLAVE. THEY ARE BOTH "NEGROES"; MADE BY MAN!

ALL TRUE AND SACRED RECORDS REVEAL IT IS THE GREAT GOD ALONE THAT MAKES MEN AND FISHES. BUT BEING IN THE LIKENESS OF GOD DOES NOT EXEMPT MANKIND FROM MAKING SLAVES OF OTHER MEN AND SARDINES OF SPRATS AND PILCHARDS. FORTUNATELY, THE CARNAL CUSTOMS OF MAN DO NOT ALTER THE NATURE OF TRUTH.

NO ONE HAS A LASTING POWER TO CHANGE MAN FROM THE DESCENDANT NATURE OF HIS FOREFATHERS. STILL IT IS IN THE NATURE OF THE MIND TO BECOME WHAT IT THINKS. AND THE MAN WHO IS LEGALLY FORCED TO THINK HE DOESN'T HAVE A FREE NATIONAL NAME, OR "THINKS" HE IS A 'NEGRO', A 'BLACK', A 'AFRO' OR A 'AFRICAN-AMERICAN' WILL SUBCONSCIOUSLY AND EVENTUALLY BECOME WHAT HE HAS BEEN

FORCIBLY PROCESSED TO ACCEPT THE LIMITATIONS OF PROPERTY.

WITHOUT REMOVING ITS HEAD OR TAIL CAN A HERRING BE A SARDINE? WITHOUT PROCLAIMING HIS OR HER PROPER STATUS, THROUGH THEIR ONE FREE NATIONAL NAME, CAN A NEGRO BE A CITIZEN OF THE UNITED STATES OR ANY OF THE FREE NATIONAL GOVERNMENTS?

THE CITIZENS OF ALL FREE NATIONAL GOVERNMENTS ACCORDING TO THEIR NATIONAL CONSTITUTION ARE ALL OF ONE FAMILY BEARING ONE FREE NATIONAL NAME. THOSE WHO FAIL TO RECOGNIZE THE FREE NATIONAL NAME OF THEIR CONSTITUTIONAL GOVERNMENT ARE CLASSED AS UNDESIRABLES, AND ARE SUBJECT TO ALL INFERIOR NAMES AND ABUSES AND MISTREATMENTS THAT THE CITIZENS CARE TO BESTOW UPON THEM. AND IT IS A SIN FOR ANY GROUP OF PEOPLE TO VIOLATE THE NATIONAL CONSTITUTIONAL LAWS OF A FREE NATIONAL GOVERNMENT AND CLING TO THE NAMES AND THE PRINCIPLES THAT DELUDE TO SLAVERY. SEE: THE ATTACHED EXAMPLE OF A DENATIONALIZED MOORISH NATIONAL.

BOTH THE EUROPEAN AND ASIATIC WHO POSSESS THE SAME ARE OF DIFFERENT PEDIGREE THEREFORE. EUROPEAN ENGLISH NAME - PETER TAYLOR - HAS A DIFFERENT MEANING "AT LAW" FOR EACH OF THEM.



PETER TAYLOR.                    PETER TAYLOR

| | THE NAME. PETER TAYLOR. FOR THIS ASIATIC DENOTES, "AT LAW" THE PROPERTY TITLE OF THE TAYLOR FAMILY, WHOSE NAME HAS |
| THE NAME PETER TAYLOR. FOR THIS EUROPEAN DENOTES. "AT LAW" THAT THE EUROPEAN IS A FREEMAN / SELF-OWNED. | BEEN CHANGED. IN THE MODIFIED SOPHISTICATED BUREAUCRATIC SLAVERY OF THE JURISTIC UNITED STATES OF AMERICA, THE STATES ARE THE OVER-SEERS FOR THE EUROPEAN FAMILIES, CHATTEL STOCKS. |
| THIS PETER TAYLOR, WHO IS OBVIOUSLY EUROPEAN, IS LAWFULLY TIED TO HIS NATIONAL PARENTAGE. HE HONORS HIS ANCESTORS, FOR HE CARRIES THEIR NAME. THIS PETER TAYLOR IS OF EUROPEAN ENGLISH DESCENT | THIS PETER TAYLOR, WHO IS OBVIOUSLY ASIATIC DOES NOT HONOR HIS ANCESTOR FOR HE CARRIES THE NAME OF HIS SLAVE OWNER, WHO IS FROM A DIFFERENT PEDIGREE NATION. A MOORISH-AMERICAN NATION = EL'S & BEY'S = |

Case 5:09-ct-03016-FL Document 1 Filed 01/29/09 Page 11 of 36

19.

## II. 

THE PROPHET NOBLE DREW ALI BROUGHT TO THIS CONTINENT OF NORTH AMERICA 3 REMEDIES TO SOLVE THE NEGRO PROBLEM OF MENTAL SLAVERY WHICH BINDS US AS A PEOPLE TO PERPETUAL SLAVERY, AND THOSE 3 REMEDIES ARE BELIEF, FAITH AND FRUITION —— WE THE MOORISH PRISONERS HAVE COME INTO THE STATE OF FULL CONSCIOUSNESS HAVING OBTAINED THE TRUTH ABOUT OUR NATIONALITY IN WHICH WE NOW SEEK TO ENFORCE THE FREE NATIONAL CONSTITUTIONAL LAW IN ORDER TO FREE OURSELVES BY AND THROUGH OUR FREE NATIONAL NAME OF MOORISH AMERICAN. SEE: "THE OFFCIAL NATIONALITY & IDENTIFICATION CARD FOR CITIZENS OF THE MOORISH AMERICAN NATIONAL GOVERNMENT." (EXHIBIT E.)

**V.     RELIEF SOUGHT BY PRISONER — State briefly exactly what you want the Court to do for you. *MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.***

WHEREFORE THE PLAINTIFFS DEMANDS A PERMANENT INJUNCTION/
DECLARATORY JUDGEMENT FROM THE EX POST FACTO LAWS OF THE NC DOC
DOP ET AL, BY THE GOVERNMENT; ENFORCEMENT OF THE SAID RELIGIOUS
TENET/NATIONAL ID CARD, AND THE PRISONER RELEASE ORDERS;
PUNITIVE DAMAGES FOR COMMITING ACTS OF TREASON, USURPATION,
TYRANNY, GENOCIDE AND DENATIONALIZATION CAUSED BY DEFENDANTS;
AND COMPENSATION FOR IRREPAIRABLE DAMAGES (A SUM PRESENTLY
TOTALING $528 MILLION). PLAINTIFFS FURTHER PRAY THIS COURT
LIBERALLY CONSTRUE THIS CLASS ACTION COMPLAINT. (FERNANDEZ V. U.S.)

Signed this 26th day of Jan., 20 09.

_____
Signature of Plaintiff

_____
Signature of Other Plaintiff (if necessary)

**I declare under penalty of perjury that the foregoing is true and correct.**

1.26.09.
Date

_____
Signature of Plaintiff

1.26.09
Date

_____
Signature of Other Plaintiff (if necessary)



DC-410(8/89)
(EMERGENCY)

## NORTH CAROLINA DEPARTMENT OF CORRECTION
## DIVISION OF PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

1. Inmate Name: *JAN'YA T. HAMPTAN-BEY*   2. Inmate No.: *0595300*

3. Location: *DEPARTMENT OF CORRECTIONS 3930*   4. Date: *9.19.2008*

5. Grievance Statement: *THIS IS A RELIGIOUS / NATIONAL DISCRIMINATION COMPLAINT WHEREBY THE DEPARTMENT OF CORRECTIONS ET AL IS RESPONSIBLE FOR THE FOLLOWING ACTIONS: UNDERSTANDING THE IMPORTANCE OF STATUS AND JURISDICTION. QUESTION: THE MOORISH SCIENCE TEMPLE OF AMERICA IS A LAWFULLY CHARTERED AND INCORPORATED ORGANIZATION AS A LEGAL PERSON UNDER THE CONSTITUTIONAL JURISDICTION OF THE U.S. 14TH AMENDMENT, CORRECT? IF MY ANSWER IS CORRECT, THE MOORISH SCIENCE TEMPLE OF AMERICA IS AND HAS PROVEN ITSELF TO BE A GOVERNMENT WITHIN THE FREE NATIONAL GOVERNMENT OF THE UNITED STATES HAVING ITS OWN PEOPLE, LAND AND LAWS. THE PEOPLE OF THE MOORISH SCIENCE TEMPLE OF AMERICA ARE MOORISH-AMERICANS UNDER THE NATIONAL ID CARD ACT (H.R. 418) SIGNED INTO LAW 5.11.2005. THIS NATIONAL ID CARD WAS FIRST INTRODUCED BY NOBLE DREW ALI IN 1915 AD; THE LAND OF THE MOORISH GOVERNMENT IS WHEREVER THE MOORISH SCIENCE TEMPLE OF AMERICA IS AND →*

6. What remedy would resolve your grievance?: *LEGAL USE OF MY FREE NATIONAL NAME IN ACCORDANCE WITH EXHIBIT B. (2008 MEMORANDUM FROM THE MOORISH GOVERNMENT TO ADMINISTRATION / CHAPLAIN SERVICE ALL INSTITUTIONS HOUSING MOORISH PRISONERS.)*

7. Inmate Signature: *J. Hyt-Bey / M.S.T. of A. INC.*   CODE (SNCAC-25-.0303)

---

**OFFICIAL USE**

8. Date received: *9 21 08*   9. _____
   Receiving Officer Signature

10. ☐ This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: ___/___/___   12. _____
   Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code) _____

   A. State or Federal Court Decision    B. Parole Commission Decision    C. Appeals disciplinary action
   D. Action not yet taken    E. Exceeds 1 year time limit    F. Remedy for another inmate
   G. More than one incident    H. ARP procedures not followed    I. Violates Disciplinary No. 38
   J. Beyond control of DOC

   | If grievance is rejected, # 13, # 14, # 15, and # 16 are completed by the Screening Officer, a photocopy of grievance is forwarded to Superintendent for review, and the original grievance is returned to inmate. |
   | --- |

14. Rejection Justification: _____

15. Date rejected: ___/___/___   16. _____
   Screening Officer Signature

17. Date accepted: *9 24 08*   18. _____
   Screening Officer Signature

**19. Grievance No.**

*3930-08-320*

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.
Distribution: White to point of final disposition; Blue for Unit record; Green to inmate.

HAS BEEN ESTABLISHED IN THE STATE OR WHATEVER STATE WITHIN THE UNITED STATES; AND THE LAWS OF THE MOORISH SCIENCE TEMPLE OF AMERICA ARE RELIGIOUS "IN ACCORDANCE WITH IT'S DIVINE CONSTITUTION AND BY-LAWS" WHEREBY THE MEMBERS OF THE M.S.T. OF A. INC. ARE IT'S CITIZENS, THE RELIGION OF THE MOORISH GOVERNMENT IS ISLAM, THE RACE OF IT'S PEOPLE IS ASIATIC, (MOORISH HUMAN RACE), THE NATIONALITY OF ITS PEOPLE IS MOORISH AMERICAN, (DESCENDANTS OF MOROCCANS AND BORN IN AMERICA) AND THE FREE NATIONAL NAME OF IT'S PEOPLE IS MOORISH UNDER THE TRIBAL NAMES OF "BEY", "EL", "DUN", OR "DEY" ADDED AS A SUFFIX TO THE END OF THIER NAMES.

WHEREAS THE NAMES (LABLES) "NEGRO", "BLACK", "COLORED", "AFRICAN AMERICAN" ETC. WERE AND ARE NAMES GIVEN TO SLAVES IN 1779 BY SLAVE HOLDERS AND LASTED UNTIL 1865 DURING THE TIME OF SLAVERY, BUT THIS IS A NEW ERA OF TIME NOW, AND ALL MEN NOW MUST PROCLAIM THIER FREE NATIONAL NAME TO BE RECOGNIZED BY THE GOVERNMENT IN WHICH THEY LIVE (M.S.T. OF A. INC.) AND THE NATIONS OF THE EARTH. (UNITED NATIONS).

QUESTION: THE STATE OF NORTH CAROLINA RECOGNIZES THE MOORISH SCIENCE TEMPLE AS A RELIGION, CORRECT? IF YOUR ANSWER IS YES AS PART OF THE ARP PROCCEDURE CAN YOU OR WILL YOU DEFINE RELIGION? IN EVERY CORRECTIONAL INSTITUTION THAT RECOGNIZES THE MOORISH SCIENCE TEMPLE AS A RELIGION THE MEMBERS OF THE MOORISH SCIENCE TEMPLE OF AMERICA, INC. IN SAID INSTITUTION ARE ISSUED AN INSTITUTIONAL MISSION AFFIRMATION OF AUTHORITY. (THIS DOCUMENT GIVES YOU THE RELIGIOUS AND LEGAL RIGHT TO FUNCTION IN A CORRECTIONAL FACILITY AS PART OF THE MOORISH SCIENCE TEMPLE OF AMERICA, INC.) AS INDICATED ON PAGE 10 OF OUR BRANCH TEMPLE INFORMATION. Case 5:09-ct-03016-FL Document M.5.7. Filed 01/29/09 Page 15 of 36 IN FACT A

RELIGIOUS INCORPORATION, BUT DEFINED AS A FREE NATIONAL DIVINE GOVERNMENT INCORPORATED WITHIN THE CONSTITUTIONAL JURISDICTION OF THE U.S. 14TH AMENDMENT.

ACCORDING TO THE SUPREME LAW OF THE LAND I HAVE THE RIGHT TO HAVE BEY SUFFIXED TO MY LAST NAME AND TO BE RECOGNIZED AS A FREE MOORISH NATIONAL UNDER PROTECTION OF THE 1787 PEACE AND FRIENDSHIP TREATY OF 1786 BETWEEN MOROCCO AND THE UNITED STATES. SEE: ACT 6 OF THE M.S.T. OF A. DIVINE CONSTITUTION AND BY-LAWS (EXHIBIT A.)

## CONCLUSION

WHEREFORE I JON'TA T. HAMPTON-BEY, MOORISH NATIONAL IDENTIFICATION CARD HOLDER FOR THE MOORISH SCIENCE TEMPLE OF AMERICA HEREBY DEMAND TO BE RECOGNIZED AS SUCH AS THIS IS BY LAW AND BIRTH-RIGHT MY LEGAL STATUS. I REST MY CASE...

J. Hy. Bay

Salvation                    Our God                          Unity



**The Moorish Science Temple**
### OF AMERICA
## The Divine Constitution and By-Laws

ACT 1.—The Grand Sheik and the chairman of the Moorish Science Temple of America is in power to make law and enforce laws with the assistance of the Prophet and the Grand Body of the Moorish Science Temple of America. The assistant Grand Sheik is to assist the Grand Sheik in all affairs if he lives according to Love, Truth, Peace, Freedom and Justice, and it is known before the members of the Moorish Science Temple of America.

ACT 2.—All meetings are to be opened and closed promptly according to the circle seven and Love, Truth, Peace, Freedom and Justice. Friday is our Holy Day of rest, because on a Friday the first man was formed in flesh and on a Friday the first man departed out of flesh and ascended unto his father God Allah, for that cause Friday is the Holy Day for all Moslems all over the world.

ACT 3.—Love, Truth, Peace, Freedom and Justice must be proclaimed and practised by all members of the Moorish Science Temple of America. No member is to put in danger or accuse falsely his brother or sister on any occasion at all that may harm his brother or sister, because Allah is Love.

ACT 4.—All members must preserve these Holy and Divine laws, and all members must obey the laws of the government, because by being a Moorish American, you are a part and partial of the government, and must live the life accordingly.

ACT 5.—This organization of the Moorish Science Temple of America is not to cause any confusion or to overthrow the laws and constitution of the said government but to obey hereby.



NOBLE DREW ALI
Founder

ACT 6.—With us all members must proclaim their nationality and we are teaching our people their nationality and their Divine Creed that they may know that they are a part and a partial of this said government, and know that they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites whom inhabited the North Western and South Western shores of Africa.

ACT 7.—All members must promptly attend their meetings and become a part and a partial of all uplifting acts of the Moorish Science Temple of America. Members must pay their dues and keep in line with all necessities of the Moorish Science Temple of America, then you are entitled to the name of, "Faithful". Husband, you must support your wife and children; wife you must obey your husband and take care of your children and look after the duties of your household. Sons and daughters must obey father and mother and be industrious and become a part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love, and their bodies clean with water. This Divine Covenant is from our Holy Prophet Noble Drew Ali, thru the guidance of his Father God Allah.

MOORISH AMERICAN PRAYER

Allah the Father of the universe, the Father of Love, Truth, Peace, Freedom and Justice. Allah is my protector, my guide and my salvation by night and by day thru his Holy Prophet Drew Ali. "Amen."

## THE MOORISH SCIENCE TEMPLE OF AMERICA
Home Office: 48 Inches Street            Mt. Clemens, Michigan

## MOORISH SCEINCE TEMPLE OF AMERICA.INC.
+-       ## PROPHET NOBLE DREW ALI, FOUNDER

Bro. C. Kirkman Bey, Past SGA&M, Bro. F. Nelson Bey Past SGA&M, Bro. J. Blakley Bey ,Past .SGA&M
Bro. R. Love El. Former GS&M
Bro .R. Jones Bey  Grand Sheik & Moderator ,Moorish Science Temple of America. Inc.


### MEMORANDUM

2008

TO:                 Administration / Chaplain Service
                    All institutions Housing Moorish Prisoners

          Institutional  Mission For The Moorish Science Temple of America. Inc.

FROM:               Brother R. Mc Dowell Bey, Grand Governor
                    Institutional Mission for The M.S.T.of A.Inc.


Subject:            Proposed Changes of Institutional Policy Concerning Moorish
                    Prisoners.


RE:                 Legal Use of Our Free National Names. Bey & EL.


In response on letters received from Moorish Prisoners concerning the proposed
restrictions of the use of Bey & EL. I am forwarding this correspondence in an
effort to bring clarity and closure to this potentially contentious issue. To begin I
would first point out the fact that all members of The Moorish Science Temple of
America. Inc. Must proclaim their Nationality ( Moorish American ), As a
prerequisite of joining our organization. They are to take on their  Free National
Names of Bey or EL, from this point on. Prophet Noble Drew Ali ,Told The
Moors. It is A sin for any group of people to VIOLATE The National
Constitutional LAWS of a Free National Government by clinging to The Names
and Principles that delude to Slavery.

There is no requirement for any Moorish American to go into court to have a legal name
change because the legal name has not been changed. Placing Our Free National Name
Bey or El at the end of ones name Signifies  Moorish Identity and is one of  The Tenet of
Our Religion.. You are correcting your name.

The issue  should be considered moot, as the Federal Court have already ruled that
Moorish Prisoners have a right to have  Bey & EL suffixed to the end of their names

without having to have legal name changes. I would ask that you consider that the courts have rules that inmates have a limited liberty interest as it relates to the free practice of their religion and should be allowed to participate in such when it dose not pose a security risk or impact negatively on the orderly running of the institution.

Although institutions have been given broad latitude as it relates to the care ,custody and control Of inmates, the use of these Free National Names have never had a negative impact on security and so the proposed restrictions on the use must be viewed as punitive if not vindictive in its very nature.

In an era of time when many Americans view anything Islamic a posing a threat, we have taken broad measures to assure that ours is an organization founded on the principles of Love, Truth, Peace, Freedom and Justice, and should not be confused with any organization that's of an extremist nature. We have to deal with much prejudice due to misunderstanding , and have found the best way of alleviating any anxieties is through open communication.

I am therefore providing my number and ask that I be contacted for further discussion on this issue. Thank you for your time and consideration.

PEACE:

Brother R. McDowell Bey GG:
202-986-2474

DC-410A (11/99)

# NORTH CAROLINA DEPARTMENT OF CORRECTION
## DIVISION OF PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

## Step One - Unit Response

20. Grievance No.: _____ 3930-08-320 _____     21. Inmate Name: Hampton, Jon'ta T. _____

22. Inmate No.: _____ # 0595300 _____

23. Grievance Response (Item #25 to be completed within 15 calendar days of date in item #17):

   The North Carolina Department of Correction recognize the Moorish Science
   Temple of America as a Faith Group to practice as outlined in the Religious Practices
   Resource Guide & Reference Manual.

   According to Policy & Procedures, Chapter F. Section.2900, Title: Identification Card
   Procedure 2909-b which states: Each inmate identification card will have the following
   data: "Inmates Name (as shown on his/her commitment). (See Attachment)

   Director's Memo dated 5/states, "Combined Records maintains an inmates records based
   on the name of the inmate when the inmate was first committed to the custody of the
   D.O.C.

24. Date : _____ 10 - 3 - 08 _____     25. _____ [signature] _____
                 Superintendent Signature

26. (A)____ Agree with grievance response     (B) ✓ Appeal to Step Two (24-hour limit)

27. Date: _____ 10. 9. 2008 _____     28. _____ [signature] _____
                   Inmate Signature

## Step Two - Area/Complex/Institution Response

29. Step two response (Item #31 to be completed within 20 calendar days of date in item #27):

   Your memorandum attached to this grievance you describe as "exhibit B" which appears to be issued by your religious
body dated "2008" is not a Department of Correction or Division of Prison memo or directive. The subject of this
memo is: "Proposed changes of Institutional Policy Concerning Moorish Prisoners." The word "proposed" means that
your religious body has suggested to whomever they sent this document to, that the subject changes be considered.
Currently, Division policy and procedure states, regarding all inmates: (Combined Records maintain inmate records
based on the name of the inmate when the inmate was first committed to the custody of the D.O.C.) There is also
additional policy regarding having your name legally changed. When you write that to resolve your complaint you are
asking for legal use of my free national name. 2 Your request is not within our independent power to change.
Once again, prison facilities are bound by division policy and procedure regarding this matter. Also, all legal name
changes carried out by policy and officially entered into record will be honored by this facility and all other division
facilities. Feel free to pursue getting your "legal" name changed if you so desire.

30. Date : _____ 10/24/08 _____     31. _____ [signature] _____
                   Administrator Signature

32. (A)____ Agree with grievance response     (B) ✓ Appeal to Secretary, DOC (24-hour limit)

33. Date: _____     34. _____ [signature] _____
                   Inmate Signature

**DISTRIBUTION**: White to point of final disposition; Blue for Unit Record; Green to Inmate

(EXHIBIT A-3.)

# NORTH CAROLINA DEPARTMENT OF CORRECTION

STATE OF NORTH CAROLINA

MICHAEL F. EASLEY
GOVERNOR

FINESSE G. COUCH
EXECUTIVE DIRECTOR

INMATE GRIEVANCE RESOLUTION BOARD

MSC 4207, Raleigh, NC 27699-4207

## Administrative Remedy Procedure

REV. REGINALD E. MIDGETTE, SR.
CHAIRMAN

MEMBERS
LUCIEN CAPONE, III, ESQ.
BRADLEY BANNON, ESQ.
JOHN E. GEHRING, ESQ.
MATTHEW ROUSE, JR., D.H.L.

**Step Three**

| | | | |
|---|---|---|---|
| **35. Inmate Name** | Hampton, Jon'ta | **36. GRB Grievance No.:** | 4330 |
| **AKA:** | | | |
| **37. Inmate #** | 0595300 | **38. Unit Grievance No.** | 393008320 |
| **39. Location: Morrison CI** | 3930 | **40. Date Received:** | 11/3/2008 |

## 41. GRIEVANCE EXAMINER: Findings and Disposition Order

Jon'ta Hampton filed this grievance on 9/19/08 at Morrison CI #3930 requesting "Legal use of my free National name". The detailed and thorough step one by the Staff Investigator and the Staff Administrator, Mr. P.G. Parsons adequately addresses your concern. In summary, the Staff Administrator responded "Your request is not within our independent power to change. Once again, prison facilities are bound by Division Policy and Procedure regarding this matter. Also, all legal name changes carried out by policy and officially entered into record will be honored by this facility and all other Division Facilities. Feel free to pursue getting your "legal" name changed if you so desire". This Examiner adopts the facts found by the Staff Investigator and the Staff Administrator. All pertinent documentation is attached to this grievance.

This examiner has reviewed this grievance and the response by staff. On this record, it appears that proper action has been taken by staff to resolve this inmate's grievance concerns. Therefore, this grievance is considered resolved by DOC staff.

42. Date: _____ 11-18-08

43. _____ Inmate Grievance Examiner

DISTRIBUTION: Originals (DC-410, DC-410A & DC-410B) to location of final action.

cc: [ ] Unit Superintendent

LMERGENCY

DC-410 (8/89)

EMERGENCY

1-OF-3

(EXHIBIT A-1.)

:SEE ATTACHMENTS.

**NORTH CAROLINA DEPARTMENT OF CORRECTION**
**DIVISION OF PRISONS**
**ADMINISTRATIVE REMEDY PROCEDURE**

SDA-031

1. Inmate Name: DAVID T DUNCAN BEY       2. Inmate No.: 0113708

3. Location: DEPARTMENT OF CORRECTION 3930       4. Date: 9.19.08

5. Grievance Statement: THIS IS A RELIGIOUS / NATIONAL DISCRIMINATION COMPLAINT WHEREBY THE DEPARTMENT OF CORRECTION ET AL IS RESPONSIBLE FOR THE Following ACTIONS: UNDERSTANDING THE IMPORTANCE OF STATUS AND JURISDICTION. QUESTION: THE MOORISH SCIENCE TEMPLE OF AMERICA IS A LAWFULLY CHARTERED AND INCORPORATED ORGANIZATION AS A LEGAL PERSON UNDER THE CONSTITUTIONAL JURISDICTION OF THE U.S. 14TH Amendment. CORRECT ? IF MY ANSWER IS CORRECT, THE MOORISH SCIENCE TEMPLE OF AMERICA IS AND HAS PROVEN IT SELF TO BE A GOVERNMENT WITHIN THE FREE NATIONAL GOVERNMENT of THE UNITED STATES. HAVING ITS OWN PEOPLE, LAND AND LAWS. THE PEOPLE of THE MOORISH SCIENCE TEMPLE of AMERICA ARE MOORISH AMERICANS UNDER THE NATIONAL I.D. CARD ACT (H.R.418) SIGNED INTO LAW 5-11-DS. THIS NATIONAL I.D. CARD WAS FIRST INTRODUCED BY NOBLE DREW ALI IN 1915 AD; THE LAND of THE MOORISH GOVERNMENT IS WHEREVER THE MOORISH SCIENCE TEMPLE of AMERICA IS AND HAS BEEN

6. What remedy would resolve your grievance?: LEGAL USE of MY FREE NATIONAL NAME IN ACCORDANCE WITH EXHIBIT B.(2008 AMENDMENT FROM THE MOORISH GOVERNMENT TO ADMINISTRATION VIA COMPLAIN SERVICE ALL INSTITUTIONS HOUSING MOORISH PRISONERS.)

7. Inmate Signature: David T Duncan Bey /M.S.T. of A INC. **CODE (SNCAC-26-.0303)**

---

**OFFICIAL USE**

8. Date received: 9 24 08       9. _____
Receiving Officer Signature

10. ☐ This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: ___/___/___       12. _____
Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code)

| A. State or Federal Court Decision | B. Parole Commission Decision | C. Appeals disciplinary action |
| D. Action not yet taken | E. Exceeds 1 year time limit | F. Remedy for another inmate |
| G. More than one incident | H. ARP procedures not followed | I. Violates Disciplinary No. 38 |
| J. Beyond control of DOC | | |

If grievance is rejected, # 13, # 14, # 15, and # 16 are completed by the Screening Officer, a photocopy of grievance is forwarded to Superintendent for review, and the original grievance is returned to inmate.

14. Rejection Justification: _____

15. Date rejected: ___/___/___       16. _____
Screening Officer Signature

17. Date accepted: 9 24 08       18. _____
Screening Officer Signature

**19. Grievance No.**

3930-08-38

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.
Distribution: White to point of final disposition, Blue for Unit record; Green to inmate.

ESTABLISHED IN THE STATE OR WHATEVER STATE WITHIN THE UNITED STATES; AND THE LAWS OF THE MOORISH SCIENCE TEMPLE OF AMERICA ARE RELIGIOUS "IN ACCORDANCE WITH ITS DIVINE CONSTITUTION AND BY-LAWS" WHEREBY THE MEMBERS OF THE M.S.T. OF A INC. ARE IT'S CITIZENS. THE RELIGION OF THE MOORISH GOVERNMENT is ISLAM, THE RACE OF IT'S PEOPLE ARE ASIATIC (MOORISH HUMAN RACE) THE NATIONALITY OF IT'S PEOPLE is MOORISH-AMERICAN. (DESCENDANTS OF MOROCCANS AND BORN IN AMERICA) AND THE FREE NATIONAL NAME OF IT'S PEOPLE is MOORISH UNDER THE TRIBAL NAMES OF "BEY" "EL" ADDED AS A SUFFIX TO THE END OF OUR NAMES.

WHEREAS THE NAMES (LABELS) "NEGRO", "BLACK", "COLORED" "AFRICAN-AMERICAN" ETC...WERE AND ARE NAMES GIVEN TO SLAVES IN 1779 BY SLAVE HOLDERS AND LASTED UNTIL 1865 DURING THE TIME OF SLAVERY, BUT THIS is A NEW ERA OF TIME NOW, AND ALL MEN NOW MUST PROCLAIM THEIR FREE NATIONAL NAME. TO BE RECOGNIZED BY THE GOVERNMENT IN WHICH THEY LIVE (M.S.T. OF.A INC.) AND THE NATIONS OF THE EARTH. (UNITED NATIONS).

QUESTION: THE STATE OF NORTH CAROLINA RECOGNIZES THE MOORISH SCIENCE TEMPLE AS A RELIGION CORRECT? IF YOUR ANSWER is YES AS PART OF THE ARP PROCEEDURE CAN YOU OR WILL YOU DEFINE RELIGION? IN EVERY CORRECTIONAL INSTITUTION THAT RECOGNIZES THE MOORISH SCIENCE TEMPLE AS A RELIGION THE MEMBERS OF THE MOORISH SCIENCE TEMPLE OF AMERICA, INC. IN SAID INSTITUTION ARE ISSUED AN INSTITUTIONAL MISSION AFFIRMATION OF AUTHORITY. (THIS DOCUMENT GIVES YOU THE RELIGIOUS AND LEGAL RIGHT TO FUNCTION IN A CORRECTIONAL FACILITY AS PART OF THE MOORISH SCIENCE TEMPLE OF AMERICA, INC.) AS INDICATED ON PAGE 1D OF OUR BRANCH TEMPLE INFORMATION TOTEM DOCUMENT FROM THE M.S.T. OF A. INC..

Is in FACT A RELIGIOUS INCORPORATION. BUT DEFINED AS A FREE NATIONAL DIVINE GOVERNMENT INCORPORATED WITHIN THE CONSTITUTIONAL JURISDICTION OF THE U.S. 14th AMENDMENT.

ACCORDING TO THE SUPREME LAW OF THE LAND I HAVE THE RIGHT TO HAVE "BEY" SUFFIXED TO MY LAST NAME AND TO BE RE-COGNIZED AS A FREE MOORISH NATIONAL UNDER PROTECTION OF THE 1787 PEACE AND FRIENDSHIP TREATY OF 1786 BETWEEN MOROCCO AND THE UNITED STATES. SEE. ACT 6 OF THE M.S.T. OF A INC. DIVINE CONSTITUTION AND BY-LAWS (EXHIBIT A)

## CONCLUSION

WHEREAS I DAVID T. DUNCAN-BEY, MOORISH NATIONAL IDENTIFICATION CARD HOLDER FOR THE MOORISH SCIENCE TEMPLE OF AMERICA HEREBY DEMAND TO BE RECOGNIZED AS SUCH AS THIS IS BY LAW AND BIRTH-RIGHT MY LEGAL STATUS.                    I REST MY CASE!

Bro. David T. Duncan-BEY

ACTING LT. MUFTI M.S.T.of A

(EXHIBIT A-2.)

# NORTH CAROLINA DEPARTMENT OF CORRECTION
## DIVISION OF PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

## Step One - Unit Response

20. Grievance No.: 3930-08-318        21. Inmate Name: Duncan, David T.

22. Inmate No.: # 0113708

23. Grievance Response **(Item #25 to be completed within 15 calendar days of date in item #17):**

The North Carolina Department of Correction recognize the Moorish Science Temple of America as a Faith Group to practice as outlined in the Religious Practices Resource Guide & Reference Manual.

According to Policy & Procedures, Chapter F. Section.2900, Title: Identification Card Procedure 2909-b which states: Each inmate identification card will have the following data: "Inmates Name (as shown on his/her commitment). (See Attachment)

Director's Memo dated 5/states, "Combined Records maintains an inmates records based on the name of the inmate when the inmate was first committed to the custody of the D.O.C.

24. Date : _____        25. _____
                                      Superintendent Signature

26. (A)____ Agree with grievance response        (B)__✓_ Appeal to Step Two **(24-hour limit)**

27. Date: _____        28. _____
                                      Inmate Signature

## Step Two - Area/Complex/Institution Response

29. Step two response **(Item #31 to be completed within 20 calendar days of date in item #27):**

Your memorandum attached to this grievance you describe as "exhibit B" which appears to be issued by your religious body dated "2008" is not a Department of Correction or Division of Prison memo or directive. The subject of this memo is: "Proposed changes of Institutional Policy Concerning Moorish Prisoners." The word "proposed" means that your religious body has suggested to whomever they sent this document to, that the subject changes be considered. Currently, Division policy and procedure states, regarding all inmates: (Combined Records maintain inmate records based on the name of the inmate when the inmate was first committed to the custody of the D.O.C.) There is also additional policy regarding having your name legally changed. When you write that to resolve your complaint you are asking for "...legal use of my free universal national name..." Your request is not within our independent power to change. Once again, prison facilities are bound by division policy and procedure regarding this matter. Also, all legal name changes carried out by policy and officially entered into record will be honored by this facility and all other division facilities. Feel free to pursue getting your "legal" name changed if you so desire.

30. Date : _____        31. _____
                                      Administrator Signature

32. (A)____ Agree with grievance response        (B)__✓_ Appeal to Secretary, DOC **(24-hour limit)**

33. Date: _____        34. _____
                                      Inmate Signature

**DISTRIBUTION:** White to point of final disposition; Blue for Unit Record; Green to Inmate

DC-410B (10/96)

(EXHIBIT A3.)

# NORTH CAROLINA DEPARTMENT OF CORRECTION

STATE OF NORTH CAROLINA

MICHAEL F. EASLEY
GOVERNOR

FINESSE G. COUCH
EXECUTIVE DIRECTOR

INMATE GRIEVANCE RESOLUTION BOARD

MSC 4207, Raleigh, NC 27699-4207

## Administrative Remedy Procedure

REV. REGINALD E. MIDGETTE, SR.
CHAIRMAN

MEMBERS
LUCIEN CAPONE, III, ESQ.
BRADLEY BANNON, ESQ.
JOHN E. GEHRING, ESQ.
MATTHEW ROUSE, JR., D.H.L.

**Step Three**

| | | | | |
|---|---|---|---|---|
| **35. Inmate Name** | Duncan, David | | **36. GRB Grievance No.:** | 4328 |
| *AKA:* | | | | |
| **37. Inmate #** | 0113708 | | **38. Unit Grievance No.** | 393008318 |
| **39. Location: Morrison CI** | | 3930 | **40. Date Received:** | 11/3/2008 |

## 41. GRIEVANCE EXAMINER: Findings and Disposition Order

David Duncan filed this grievance on 9/19/08 at Morrison CI #3930 requesting "Legal use my free National name". The detailed and thorough step one response by P.G. Parsons adequately addresses your concerns. In summary, Mr. P.G. Parsons responded "Combined Records maintains inmate records based on the name of the inmate when the inmate was first committed to the custody of the D.O.C. There is also additional policy regarding having your name changed. When you write that to resolve your complaint you are asking for "legal use of my free national name". Your request is not within our independent power to change. Once again, prison facilities are bound by Division Policy and Procedure regarding this matter. Also, all legal name changes carried out by Policy and officially entered into record will be honored by this facility and all other Division Facilities. Feel free to pursue getting your "legal" name changed if you so desire". This Examiner adopts the facts found by the Staff Administrator. All pertinent documentation is attached to this grievance.

This examiner has reviewed this grievance and the response by staff. On this record, it appears that proper action has been taken by staff to resolve this inmate's grievance concerns. Therefore, this grievance is considered resolved by DOC staff.

42. Date: _____11- 18-08_____    43. _____
                                          Inmate Grievance Examiner

DISTRIBUTION: Originals (DC-410, DC-410A & DC-410B) to location of final action.

cc: [ ] Unit Superintendent

(EXHIBIT B-1)

### MEMORANDUM

To: SUPERINTENDENT

FROM: BROTHER J. HAMPTON-BEY GRAND SHEIK / M.S.T. of A. INC.

REASON: NOT SATISFIED WITH THE RESPONSE DATED 10.9.2008 "STEP 1".

GREETINGS:                                          10.9.2008

I, COME IN THE NAME OF LOVE, TRUTH, PEACE, FREEDOM AND JUSTICE
EXERCISING THE FIVE HIGHEST PRINCIPLES KNOWN TO MAN. WITH ALL DUE
RESPECT TO THE MEN AND WOMEN OF THIS SAID DEPARTMENT OF CORRECT-
ION, WE THE OFFICERS / MEMBERS OF THE MOORISH SCIENCE TEMPLE OF
AMERICA, INC. INSTITUTIONAL BRANCH TEMPLE #43 OF M.C.I. IN THE
CITY OF HOFFMAN, STATE OF NORTH CAROLINA, UNDER OUR DIVINE CHAR-
TER RIGHTS (AFFIRMATION OF AUTHORITY), WE ARE NOT MOVED BY
THE VAGRANT ATTEMPT MADE ON OCTOBER 9TH 2008 IN THE MEANS OF
RESPONSE TO OUR GRIEVANCE / FOR CLAIM OF LEGAL RECOGNITION OF
OUR FREE NATIONAL NAMES BEING ADDED AS A SUFFIX TO THE END OF
OUR NAMES IN ACCORDANCE WITH "EXHIBIT B." WHICH DID NOT APPEAR
ON THE FACE OF THE GRIEVANCE AS SENT WHEN RETURNED, NOR "EXHIBIT
A.". WE ARE FAITHFUL MEMBERS OF THE M.S.T. of A. AND WE ARE
PREPARED BY LAW TO BRING THIS ISSUE BEFORE THE FEDERAL COURT IN
A CLASS ACTION CIVIL SUIT AS MOORISH PRISONERS, IF OUR RELIGIOUS TENETS
ARE MET WITH THE PROPER PROCEEDINGS WE SHALL THEN RESOLVE THIS
MATTER AS STRANGMEN, OR. HOWEVER WE DO NOT WISH TO GO INTO

# 2.

ANY COURT OF LAW WHEN WE ARE AWARE THAT THERE IS A WAY TO CREATE
A SEPERATE POLICY FOR MOORISH PRISONERS BECAUSE THE DEPARTMENT OF
CORRECTION IS A GOVERN BODY OF LAW ITSELF IN WHICH THESE ENDS CAN
BE MET CORRECTLY. UNTIL THEN WE WILL BE WAITING FOR YOUR LAWFUL
RESPONSE, DUE IN STEP TWO.

J. Hy/Buy G.S./M.S.T.of A. INC.
10.9.08 GRIEVANCE No. 3930-08-320



# North Carolina Department of Correction

Morrison Correctional Institution
1573 McDonald Church Road • PO Box 169 • Hoffman, NC 28347-0169
(910) 281-3161
www.doc.state.nc.us

Michael F. Easley
Governor

Theodis Beck
Secretary

Jon'ta T. Hampton #0595300
Morrison Correctional Inst. 3930

October 16, 2008

Dear Mr. Hampton,

Your letter to Mr. Huggins, Administrator, was forwarded to my office for review and response. Your complaint as indicated, grievance # 3930-08-320 is being reviewed at step 2 at this time. You should have a response on or before 10/29/08.

Under section #6 of this DC-410 you state that your remedy is basically, "legal use of my free national name in accordance with exhibit B (2008 memorandum from the Moorish government to administration / chaplain service all institutions housing Moorish Prisoners.)" To your grievance you also attached what you refer to as "exhibit A" which is the standard copy from the Moorish Science Temple of America, titled "The Divine Constitution and By-Laws".

Your memorandum attached to this grievance you describe as "exhibit B" which appears to be issued by your religious body dated "2008" is not a Department of Correction or Division of Prison memo or directive. The subject of this memo is: "Proposed changes of Institutional Policy Concerning Moorish Prisoners." The word "proposed" means that your religious body has suggested to whomever they sent this document to, that the subject changes be considered.

Currently, Division policy and procedure states, regarding all inmates: (Combined Records maintain inmate records based on the name of the inmate when the inmate was first committed to the custody of the D.O.C.) There is also additional policy regarding having your name legally changed. When you write that to resolve your complaint you are asking for "...legal use of my free national name..." Your request is not within our independent power to change. Once again, prison facilities are bound by division policy and procedure regarding this matter. Also, all legal name changes carried out by policy and officially entered into record will be honored by this facility and all other division facilities. Feel free to pursue getting your "legal" name changed if you so desire.

Sincerely,

P. G. Parsons
Assistant Superintendent of Programs II
Morrison Correctional Institution - 3930

Cc: Mr. J C Huggins, Administrator
Betty Brown, Division Chaplain
Chaplains Solomon and Mori
Inmate record jacket
File



(EXHIBIT C.)

# North Carolina Department of Correction

Michael F. Easley, Governor      Boyd Bennett      Theodis Beck, Secretary

Director of Prisons

831 West Morgan Street • 4260 MSC • Raleigh, North Carolina 27699-4260

Telephone (919) 838-4000   Fax (919) 733-8272

## Chaplaincy Services

**TO:** David T. Duncan          **OPUS#:** O113708

**LOCATION: Morrison C.I.**      **DATE: November 18, 2008**

**CORRESPONDENCE ADDRESSED TO:**

____ **Director of Prisons** ____ **Secretary of Correction** ____ **Governor** __X__ **other: Chaplain/Islamic Coordinator-East**

**[ x ] The issue of the use of suffixes attached to names is an issue that is out of the enforcement capability of Chaplaincy Services. I suggest you get legal assistance from Prison Legal Services to have your issue adequately addressed.**

[ ] Your recent correspondence addressed to the official listed above has been forwarded to my office for review. The concerns expressed in your letter may warrant further review. Your correspondence has been forwarded to the section/office listed below for appropriate review and disposition. I have asked this section/office to review your correspondence and provide you with the appropriate response.

**Forwarded To:** _____

[ ] Your recent correspondence addressed to the official listed above has been forwarded to my office for review. I appreciate your comments and thoughts. Your correspondence has been forwarded to the appropriate manager for their information and consideration.

[ ] Your recent correspondence appealing the suspension of one of your visitors is being returned to you. Policy does not allow you to appeal a visitor's suspension for them. If your visitor wishes to appeal the suspension of visitation privileges, the visitor may do so by writing to the Director of Prisons.

[ ] Your recent grievance has been forwarded to my office for review. This grievance is not considered confidential, life threatening, and does not otherwise qualify as an emergency. This grievance is being returned to you and you may submit it at your current facility in accordance with standard Administrative Remedy Procedures.

    Sincerely

    *Betty A Brown*

Chaplain Betty Brown
Director of Chaplaincy Services

Sheik, Janta J. Hampton-Bey,
P.O. Box 169
Hoffman, N.C. 28347
#0595300

Judy Sills, Manager
Combined Records
2020 Yonkers Rd.

Jan. 6. 2009

Dear Manager,

Greetings, this matter comes before you in reference to having my free national name of Bey added to my family name "Hampton", which has been corrected in accordance with the 101 change of name as provided by law — File No. 08SP247 titled Order And Certificate of Name Change. See: Exhibit H. of said Order & Certificate whereby my full name is legally: Jan'ta Tamarreea Hampton-Bey.

Wherefore I am asking that the correct policy and procedure be carried out in order for my name to be corrected within opus as provided in Grievance No. 3930-08-320 pertaining legal use of my free national name. I further make known that my legal request is in

CC QHB

Case 5:09-ct-03016-FL Document 1 Filed 02/29/09 Page 32 of 36

Z.

accordance with File No. 08SP247 pursuant to the infor-
mation held within said document.

Sincerely,
Z.6.09
Sheik, J. Hy Bey

:C AHB

ATTACHED TO LETTER WRITEN
TO COMBINE RECORDS                    (EXHIBIT A.)

| STATE OF NORTH CAROLINA | File No. 08 SP 247 |
|---|---|
| Richmond _____ County | Film No. |

| In The Matter of The Change of Name | |
|---|---|
| Of: Jon'Ta Tomorreea Hampton | **ORDER AND CERTIFICATE OF** |
| To: Jon Ta Tomorreea Hampton - Bey | **NAME CHANGE** |
| | G.S. 101.5 |

From the application in the matter named above, the Court finds that good and sufficient reason exists for the change of name, that the party is entitled and not disqualified to have his name changed, and that the provisions of G.S. 101.5 have been complied with;

The Court further finds that the following information appears on the birth certificate of the party whose name is to be changed:

Full Name at Birth
Jon'Ta Tomorreea Hampton

Date of Birth
March 19, 1982

City, County and State of Birth
Concord, Cabarrus County, North Carolina

Full Name of Father                  Full Maiden Name of Mother
Earl Randall Mills                   Barbara Carol Hampton

It is THEREFORE ORDERED that the name of the party be changed.

From:                                To:
Jon'Ta Tomorreea Hampton             Jon'Ta Tomorreea Hampton-Bey

Name and Address of Attorney

| SEAL | Date 12-30-08 |
|---|---|
| | Signature |
| | ☑ Assistant CSC    ☐ Clerk of Superior Court |

ORIGINAL
FORWARD TO: N.C. Vital Records, 1903 Mail Service Center, Raleigh, North Carolina 27699-1903

AOC-SP-601/DHHS 1053 (VITAL RECORDS) Revised 10/05

**A TRUE COPY**
CLERK OF SUPERIOR COURT
RICHMOND COUNTY

BY _____
Deputy, Clerk Superior Court

Case 5:09-ct-03016-FL   Document 1   Filed 01/29/09   Page 34 of 36



# North Carolina Department of Correction

**Combined Records**

Michael F. Easley
Governor

2020 Yonkers Road • 4226 MSC • Raleigh, North Carolina 27699-4226

Theodis Beck
Secretary

Memorandum

January 8, 2009

To:     Jon'ta Hampton, OPUS #0595300 Morrison #3930
        aka Jon'ta Tomorreea Hampton-Bey

        *Judy H. Sills (JL)*

From:   Ms. Judy H. Sills, Manager, Combined Records

Re:     Name Change

In response to your letter, the Department of Correction uses the name under which an inmate was first committed to the Division of Prisons. We make no attempt to determine the correctness or legality of that name since it serves only to allow us to consolidate all the records of a given individual under a single name and one centralized single file per General Statute.

Although we do not dispute the right of any person to change his or her legal name, no person by so doing can escape the fact that he or she was once known by that prior name. Consequently, there is no reason for the Department to incur the expense of changing names throughout the records of an individual. The name Jon'ta Tomorreea Hampton-Bey has been included in our cross-reference file, and you may be known by that name in personal discourse at your Unit of residence.

Please make sure that you have told your family and friends to include your OPUS number on any correspondence that you may receive.

We hope this information is helpful.

JHS:ldl
cc:   Records

Telephone: (919) 716-3200        Fax Number: (919) 716-3986        www.doc.state.nc.us
An Equal Opportunity / Affirmative Action Employer

Case 5:09-ct-03016-FL   Document 1   Filed 01/29/09   Page 35 of 36

THE OFFCIAL NATIONALITY & IDENTIFICATION CARD FOR
CITIZENS OF THE MOORISH AMERICAN NATIONAL GOVERNMENT



**THE MOORISH AMERICAN NATIONAL GOVERNMENT**

AFFIXED HERETO:
The Official Seal and Emblem
of The Moorish American
National Government upon
this Nationality and Identifi-
cation Card. Said card must be
displayed where proper status
is required. Blessed are they
who carry this card.

## NATIONALITY AND IDENTIFICATION CARD

I am △ _____

Thru the unalienable birthright of Nationality, now appearing In Propria Persona Sui
Juris, I have proclaimed my free national name of Moorish American. I am a Citizen
of Moorish America, an Ordained Government prepared in due time by The Great
God, empowered as a clean and pure nation, indigenous to the Continental Ameri-
can Territories. I am in accord with the National Laws of our Divine Constitution
bearing the high principles of Love, Truth, Peace, Freedom and Justice. We honor
all the Divine Prophets: Jesus, Mohammad, Buddha and Confucius thru Noble
Drew Ali. With this Proclamation, Come to link yourselves with the families of na-
tions. I do hereby declare I am a Moslem in the Old Order of Islamism, the world's
first religious Creed, founded by our Ancient Forefathers for the redemption of
mankind on earth.     Moorish Consulate:
1012 14th St N.W./ Washington, DC 20005 / Tel-202.638.2662 / Fax-202-638-0638

## 4 X 5.25

Use the red "Crop marks" as a guide, to cut evenly around
your Nationality & Identification Card